UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MELCAR, LTD,

    Plaintiff-Counter-Defendant,

v.

TRAVELERS CASUALTY & SURETY
COMPANY OF AMERICA; and LEGACY
SUPPLY, LLC,

    Defendants-Counter-Claimants.

v.

AXIS STABILIZATION, INC.

    Third-Party Defendant

------------------------------------------------------------x

**ORDER**

18 CV 11275 (VB)

      As discussed at a status conference held today and attended by counsel for all parties, it is hereby ORDERED:

      1.    A status conference is scheduled for **August 17, 2021 at 9:30 a.m.** At the time of the scheduled conference the parties shall use the following information to connect by telephone:

**Dial-In Number:** (888) 363-4749 (toll free) **or** (215) 446-3662;
**Access Code:** 1703567.

      2.    At the August 17, 2021, conference, the parties should be prepared to discuss:

      (i) whether all parties consent to conduct all further proceedings before the designated Magistrate Judge;

      (ii) what efforts the parties have made to settle this matter and whether the Court can provide any assistance in that regard; and

      (iii) the scheduling of a bench trial and the expected length of trial.

Dated: July 1, 2021
       White Plains, NY

SO ORDERED:

_/s/ Vincent L. Briccetti_
Vincent L. Briccetti
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/2021