UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

MELCAR, LTD,
        Plaintiff-Counter-Defendant,

v.

TRAVELERS CASUALTY & SURETY
COMPANY OF AMERICA; and LEGACY
SUPPLY, LLC,
        Defendants-Counter-Claimants.

v.

AXIS STABILIZATION, INC.
        Third-Party Defendant

--------------------------------------------------------------x

**ORDER**

18 CV 11275 (VB)

As discussed at a case management conference held today and attended by all counsel:

1. The parties are directed to discuss settlement in good faith. By separate order, this case will be referred to Magistrate Judge McCarthy for a settlement conference.

2. A case management conference is scheduled before Judge Briccetti on **October 22, 2021 at 3:00 p.m.** The Court expects to conduct this conference in person at the White Plains courthouse, in Courtroom 620.

Dated: August 17, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge